UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MICHAEL GLEN POWERS, III,  )<br> )<br>Plaintiff,  )<br> )<br>v.  )<br> )<br>ATLAS USED CARS, INC., et al.,  )<br> )<br>Defendants.  )<br> ) | Civil Action No. 3:22-CV-124-CHB<br><br>**ORDER OF DISMISSAL OF DEFENDANT TRANS UNION, LLC, WITHOUT PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court having been advised by Plaintiff Michael Glen Powers, III ("Plaintiff"), that a settlement has been reached as to its claims against Defendant Trans Union, LLC ("Trans Union") [R. 35],

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's claims in this action against Trans Union are **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff and Trans Union **SHALL** tender a stipulation of dismissal, signed by all parties who have appeared and dismissing Plaintiff's claims against Trans Union with prejudice, within **forty-five (45) days from the date of entry of this Order**. If the settlement is not consummated and the stipulation of dismissal is not filed within forty-five (45) days from the date of entry of this Order, the Court will entertain a motion to return Trans Union as a pending Defendant in this action upon application to this Court.

This the 27th day of July 2022.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc:   Counsel of Record