**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY (LOUISVILLE)**

---

MICHAEL GLEN POWERS, III,
        Plaintiff,

        vs.

ATLAS USED CARS, INC., et al.
        Defendants.

CASE NO. 3:22-cv-00124-CHB-CHL
**ELECTRONICALLY FILED**

Judge Claria Horn Boom
Magistrate Colin H. Lindsay

---

**MOTION TO WITHDRAW**
***PRO HAC VICE* ADMISSION OF RACHAEL R. TAYLOR**

---

Comes now the undersigned counsel for Defendant Trans Union, LLC, and hereby requests that the Court withdraw her pro hac vice admission for Defendant Trans Union, LLC.  In support of this Motion, Defendant states as follows:

1.      Counsel for Defendant Trans Union, LLC filed its Stipulation of Dismissal with Prejudice on August 12, 2022. *See Dkt.* No. 40.

2.      The Court granted and dismissed Defendant Trans Union, LLC, with prejudice on August 15, 2022. *See Dkt.* No. 42.

3.      Trans Union, LLC has provided written consent to undersigned counsel for the withdrawal.

4.      This motion is being served on Trans Union, LLC as reflected in the Certificate of Service below.

WHEREFORE, Defendant Trans Union, LLC respectfully requests that the Court withdraw the pro hac vice admission of Rachael R. Taylor, Esq.

Respectfully submitted,

*/s/ Rachael R. Taylor*
Rachael R. Taylor, Esq. (IN #36372-49)
 (admitted *Pro Hac Vice*)
Frost Brown Todd LLP
201 North Illinois Street, Suite 1900
Indianapolis, IN  46204
Telephone:  317-237-3951
E-Mail:  rtaylor@fbtlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **13ᵗʰ day of December, 2023**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| James H. Lawson, Esq. <br> james@lawsonatlaw.com | Douglas E. Miller, Esq. <br> Dgmiller61@gmail.com |
| J. Gregory Joyner, Esq. <br> greg@joynerlawoffces.com | William E. Smith, III, Esq. <br> wsmith@k-glaw.com |
| John M. Williams, Esq. <br> williams@wktlaw.com | Christopher B. Rambicure, Esq. <br> crambicure@merlegal.com |
| Will Messer, Esq. <br> Will.messer@dentons.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following party, on the **13ᵗʰ day of December, 2023**, properly addressed as follows:

| | |
|---|---|
| Laura K. Rang, Esq. <br> Laura.rang@transunion.com | |

*/s/ Rachael R. Taylor*
Rachael R. Taylor, Esq. (IN #36372-49)
 (admitted *Pro Hac Vice*)
Frost Brown Todd LLP
201 North Illinois Street, Suite 1900
Indianapolis, IN  46204
Telephone:  317-237-3951
E-Mail:  rtaylor@fbtlaw.com

*Counsel for Defendant Trans Union, LLC*